RUFUS ADCOCK V. STATE.

No. 24088. June 2, 1948.
Rehearing Denied June 23, 1948.

Hon. Leman Brown, Judge Presiding.

*John O. Harris,* of Coleman, for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Upon a plea of guilty to selling whisky in dry area appellant was fined $150.00.

· The prosecution originated in the county court. No information was ever filed. Appellant has filed in this court a request to withdraw his appeal.

In all respects the record before us in this case reflects the same situation and procedure found in Cause No. 24,086 (page 194 of this volume) against the same appellant, which cause was this day reversed and remanded. Reference is made to the opinion in No. 24,086 for the reasons for such action.

Appellant's request to dismiss his appeal is refused and the judgment is reversed and the cause remanded.

ON MOTION FOR REHEARING.

KRUEGER, Judge.

Appellant filed a motion for a rehearing in this case based on the same claimed error as in the case of Rufus Adcock, No. 24,086. (Page 194 of this volume.) What we have said in disposing of his motion in that case applies to the instant case.

The motion for rehearing is overruled.

Opinion approved by the Court.